IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MOTTON, <br>   Petitioner, <br>  vs. <br> DAVID C. LEE, <br>   Respondent. | No. C 10-4011 JW (PR) <br><br> ORDER DISMISSING ACTION AS DUPLICATIVE OF EARLIER-FILED ACTION <br><br> (Doc. #6) |

Petitioner, a state prisoner incarcerated at California Substance Abuse Treatment Facility in Corcoran, California, has filed several documents, including a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, all of which appear to be intended to challenge a 1986 criminal judgment from Alameda County superior court. Doc. ## 1, 4, 5 & 10. He also seeks leave to proceed in forma pauperis. Doc. #6.

**BACKGROUND**

In 1986 petitioner was convicted of second degree murder and was sentenced to 15 years to life in state prison, plus one year for use of a weapon. In 1988, the California Supreme Court affirmed his conviction. Petitioner filed a federal petition for writ of habeas corpus in this Court on June 21, 1991, which the Court dismissed

for failure to exhaust state remedies. See Motton v. Borg, No. C-91-1899-VRW (N.D. Cal. filed June 21, 1991) (Doc. #6, Order of Dismissal).

On August 26, 2010, petitioner filed an action challenging the same criminal judgment from Alameda County superior court he seeks to challenge in the instant action. Compare Motton v. Lee, No. C-10-3804-JW (PR) (N.D. Cal. filed Aug. 26, 2010) with Motton v. Lee, No. C-10-4011-JW (PR) (N.D. Cal. filed Sept. 7, 2010).

The Court has compared the two separately-filed actions and they appear to be intended to challenge under 28 U.S.C. § 2254 petitioner's 1986 criminal judgment from Alameda County superior court. In a separate order pertaining to the earlier-filed action, Motton v. Lee, No. C-10-3804-JW (PR), the Court granted petitioner leave to amend his petition to include any and all claims he wishes to raise pertaining to his criminal judgment. Although the Court is unable to tell with any degree of certainty from the filings in the instant action precisely what petitioner's legal claims are, if there are any legal claims petitioner wishes to address in this Court pertaining to his 1986 state court criminal judgment, he is advised to include them in his amended petition in Motton v. Lee, No. C-10-3804-JW (PR), should he choose to file one within the allotted time period.

## CONCLUSION

For the foregoing reasons, the instant action is **DISMISSED** as duplicative. All claims relating to petitioner's 1986 state court conviction and sentence must be brought and litigated in civil case No C-10-3804 JW (PR) (N.D. Cal. filed Aug. 26, 2010). The clerk shall terminate all pending motions as moot, enter judgment in accordance with this order and close the file.

IT IS SO ORDERED.

DATED:   March 28, 2011

JAMES WARE
United States District Chief Judge

N:\Pro - Se & Death Penalty\JW\March 2011\10-04011Motton-dismiss as duplicative-10-3804.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD JAMES MOTION,

        Plaintiff,

  v.

DAVID C LEE et al,

        Defendant.

Case Number: CV10-04011 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward James Motton C-29489
CSATF
ASU 183
P.O. Box 5244
Corcoran, CA 93212

Dated: April 15, 2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk

3